■ WILLIAM S. BROWN, as Trustee in Bankruptcy of JOSEPH G. SIEGEL, Bankrupt, Respondent, v. FLORENCE ELLIS, Now Known as FLORENCE SHAW,

et al., Defendants, and JOSEPH G. SIEGEL et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.